Submitted December 22, 1976. Calvin S. Drayer, Jr., and Joseph R. D'Annunzio, Assistant Public Defenders, for appellant; Robert A. Selig and Eric J. Cox, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

379 A.2d 614

Commonwealth v. Ugoletti, Appellant.

Submitted April 11, 1977. Richard A. Harper, and Jamison, Seltzer & Harper, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 614

Commonwealth v. Urrutia, Appellant.

Submitted June 22, 1976. Arthur K. Dils, and Dils and Diveglia, for appellant; Richard W. Linton, Acting District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.